**Brenda J. SCHWALBE, Respondent,**

**v.**

**AMERICAN RED CROSS and Cambridge Integrated Services/Sedgwick CMS, Relators,**

**and**

**Twin Cities Orthopedics, P.A., Health-Partners, St. Paul Radiology, Regions Hospital, Metropolitan Anesthesia, Fairview Health Services, Umeng David Thao, M.D., Twin Cities Bakery Drivers' H & W Fund and Allstate Insurance Company, Intervenors.**

**No. A11–1799.**

Supreme Court of Minnesota.

March 29, 2012.

Gerald W. Bosch, Bosch Law Firm, Ltd., Minneapolis, MN, for respondent.

Kay Nord Hunt, Richard L. Plagens, Lommen, Abdo, Cole, King & Stageberg, P.A., Minneapolis, MN, for relators.

---

**ORDER**

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 14, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Paul H. Anderson
Associate Justice